274

(No. 81-CC-0587— )

PERSONAL PRODUCTS CO., Claimant, *v.* THE STATE OF ILLINOIS, Respondent.

*Order filed June 11, 1981.*

THOMAS, WALLACE, FEEHAN AND BARON, LTD., for Claimant.

ROE, C. J.

It is hereby ordered that Claimant, Personal Products Company, be and is hereby awarded, in full satisfaction of any and all claims presented to the State of Illinois hereby the sum of eighteen thousand, eight hundred twenty seven dollars and eighty five cents ($18,827.85).